No. 89–7498. IN RE DEMOS. Petition for writ of habeas corpus denied.

No. 89–1330. INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS ET AL. v. BROWN. C. A. 4th Cir. Certiorari granted.

No. 89–1671. CITY OF COLUMBIA ET AL. v. OMNI OUTDOOR ADVERTISING, INC. C. A. 4th Cir. Certiorari granted.

No. 89–1793. UNITED STATES v. GAUBERT. C. A. 5th Cir. Certiorari granted.

No. 89–1474. MCDERMOTT INTERNATIONAL, INC. v. WILANDER. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 89–1679. SUMMIT HEALTH, LTD., ET AL. v. PINHAS. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 89–7370. GOZLON-PERETZ v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether the mandatory minimum terms of supervised release required by the Anti-Drug Abuse Act of 1986 became effective for offenses committed on or after the date of enactment, October 27, 1986."

No. 89–469. JENNINGS, INDIVIDUALLY AND AS NEXT FRIEND OF JENNINGS, A MINOR v. JOSHUA INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.